IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FLAGSTAR BANK FSB,

   Plaintiff,

    v.

JULIUS PITTMAN
OR CURRENT OCCUPANT,

   Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-4326-TWT

## ORDER

This is a dispossessary action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Henry County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the State Court of Henry County. The Defendant's Motion for Reconsideration [Doc. 5] is DENIED.

SO ORDERED, this 22 day of January, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Flagstar Bank FSB\r&r.wpd